# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

SHAKICA SHAUNTE WASHINGTON                                    PLAINTIFF

V.                      CASE NO. 4:17-CV-00555-BD

SOCIAL SECURITY ADMINISTRATION                                DEFENDANT

## JUDGMENT

In accordance with the Order entered this day, judgment is hereby entered in favor of Plaintiff Shakica Shaute Washington and against the Social Security Administration. This case is remanded to the Social Security Administration for action consistent with the order entered this day. This is a sentence-four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89, 97-103 (1991).

So ordered this 12th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE